UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

INSITE MARKETING GROUP, LLC                    CIVIL ACTION

VERSUS                                          NO: 12-165

UNITED CHECK SERVICES, LLC,                     SECTION: R(5)
ET AL.


**ORDER AND REASONS**

Before the Court are defendants Electronic Payment Exchange and Ray Moyer's motion to dismiss for lack of jurisdiction and improper venue[1], defendants Electronic Payment Exchange and Ray Moyer's motion to dismiss United Check Service's cross-claims[2], and plaintiff's motion for jurisdictional discovery.[3] The Court denies defendants' motions in order to allow plaintiff to conduct limited jurisdictional discovery.

Plaintiff has 45 days from the entry of this Order in which to conduct limited jurisdictional discovery. Upon completion of jurisdictional discovery, defendants may refile motions challenging this Court's jurisdiction, plaintiff's choice of venue, or the sufficiency of United Check Services, LLC's

---

[1]   R. Doc. 16.

[2]   R. Doc. 36.

[3]   R. Doc. 19.

crossclaims. In responding to a reasserted jurisdictional challenge by defendants, plaintiff shall set forth the facts supporting specific or general jurisdiction against each defendant. If defendants again move for dismissal based on plaintiff's choice of an improper venue, plaintiff must respond to these challenges, as well.

    For the foregoing reasons, defendants' motions to dismiss are denied to allow for limited jurisdictional discovery. Defendants may refile Rule 12 motions following this jurisdictional discovery.

    New Orleans, Louisiana, this **6th** day of June, 2012.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE